FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 18 PM 12: 15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CODY B. SEWELL** | * | |
| | * | **CIVIL ACTION** |
| Plaintiff | * | **NO. 02-0205** |
| | * | |
| v. | * | **SECTION "T"** |
| | * | |
| **CANAL BARGE COMPANY, INC.** | * | **MAGISTRATE "4"** |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S MAY CALL WITNESS LIST
### AND PRELIMINARY EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Canal Barge Company, Inc. ("Canal Barge"), and pursuant to the Scheduling Order issued by this Court on May 20, 2002, submits its May Call Witness List and Preliminary Exhibit List.

**Defendant may call the following witnesses at the trial of this matter:**

1. Tom Smith

2. Patrick Riley

3. Bill Glaeser

4. Karen Schornack

N0889024 1



5.  Any witness listed or called by Plaintiff

6.  Any witness necessary for rebuttal or impeachment

7.  Any additional witness who may come to light or become necessary as a result of ongoing discovery

8.  Any witness needed to authenticate documents for introduction into evidence.

**Defendant may introduce the following exhibits at the trial of this matter:**

1.  Shore tankerman job description

2.  Plaintiff's personnel file

3.  Plaintiff's pay records and earnings information

4.  Records pertaining to hours actually worked by Plaintiff

5.  Defendant's calculation of back pay potentially owed to Plaintiff

6.  Any documents related to Plaintiff's former and/or subsequent employment with employers other than Canal Barge

7.  Any document produced by Plaintiff in response to Defendant's discovery requests

8.  Any documents produced by Defendant in response to Plaintiff's discovery requests

9.  Any deposition transcripts taken during the course of discovery

10. Any exhibit listed or offered by Plaintiff.

As discovery is still ongoing, Defendant reserves the right to supplement this may call witness and preliminary exhibit list as additional witnesses, documents, or exhibits are identified in the course of discovery.

Respectfully submitted,

_____
CORNELIUS R. HEUSEL, T.A
Louisiana Bar No. 06849
LAURIE M. CHESS
Louisiana Bar No. 24997
JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile:  (504) 582-8015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile and U.S. mail, properly addressed, this 18th day of October, 2002.

_____