

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CODY B. SEWELL | * |
| | * |
| *Plaintiff* | * |
| | * CIVIL ACTION NO:02-0205 |
| VERSUS | * Section T Mag. 4 |
| | * |
| CANAL BARGE COMPANY, INC. | * |
| | * |
| *Defendant* | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MAY CALL WITNESS LIST AND PRELIMINARY EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cody B. Sewell, and pursuant to the Scheduling Order issued by this Court on May 20, 2002, submits its' May Call Witness List and Preliminary Exhibit List.

**Plaintiff may call the following witnesses at the trial of this matter:**

1. Cody B. Sewell

2. Any Shore Tankermen employed by Defendant for the years 1998 through the present time



3.  Any witnesses listed or called by Defendant

4.  Any witness necessary for rebuttal or impeachment

5.  Any additional witnesses who may come to light or become necessary as a result of ongoing discovery

6.  Any witness needed to authenticate documents for introduction into evidence.

**Plaintiff may introduce the following exhibits at trial of this matter:**

1.  Defendant's policy regrading its' "accumulated time off" system

2.  Documents contained in Plaintiff's personnel file

3.  Plaintiff's pay records and earning information

4.  Records pertaining to hours Plaintiff worked

5.  Records pertaining to Defendant's on-call or stand-by policies

6.  Records pertaining to Plaintiff's attendance at a Shore Tankermen training certification program

7.  Plaintiff's calculation of back pay, overtime pay and on call pay which Defendant owes to Plaintiff

8.  Any documents related to Plaintiff's employment with Canal Barge Company, Inc.

9.  Any document produced by Defendant in response to Plaintiff's discovery requests

10. Any documents produced by Plaintiff in response to Defendant's discovery requests

11. Any deposition transcript taken during the course of discovery

12. Any exhibit listed or offered by Defendant.

As discovery is still ongoing, Plaintiff reserves the right to supplement this may call witness and preliminary exhibit list as additional witnesses, documents, or exhibits are identified

in the course of discovery.

RESPECTFULLY SUBMITTED:

_____
CHRISTOPHER L. COFFIN-LSBA#27902
PATRICK W. PENDLEY- LSBA # 10421
PENDLEY LAW FIRM, A.P.L.C.
24110 EDEN STREET
POST DRAWER 71
PLAQUEMINE, LA 70765-0071
TELEPHONE: (225) 687-6396
TELEFAX: (225) 687- 6398

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by hand delivery, this 23rd day of October, 2002.

_____
CHRISTOPHER L. COFFIN